COM.

v.

**SNYDER, R.**

**485 MDA 2016**

Superior Court of Pennsylvania.

05/02/2017

CP–49–CR–0000286–2015
(Northumberland)

Affirmed/Reversed/Remanded

COM.

v.

**BLACKSTONE, R.**

**995 MDA 2016**

Superior Court of Pennsylvania.

5/2/2017

CP–22–CR–0001725–2006
(Dauphin)

Vacated/Remanded

COM.

v.

**LAZARUS, S.**

**798 MDA 2016**

Superior Court of Pennsylvania.

05/02/2017

Reargument Denied 7/26/2017

CP–36–CR–0005165–2012
CP–36–CR–0005166–2012
CP–36–CR–0005171–2012
CP–36–CR–0005172–2012
(Lancaster)

Quashed

COM.

v.

**JOHNSON, T.**

**1287 MDA 2016**

Superior Court of Pennsylvania.

05/02/2017

CP–14–CR–0001312–2009
(Centre)

Vacated/Remanded